UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kevin Creely,

Case No.: 17-10611
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 3/8/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on April 11, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 573 Taylor Ave., Burlington, NJ - $150,000

Liens on property: $154,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-10611-CMG
Kevin Creely                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 16, 2017
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2017.
```
db           +Kevin Creely,    573 Taylor Ave,    Burlington, NJ 08016-1207
516589887    +Bayview Loan Serv,    KML Law Gr,   216 Haddon Ave,   Suite 406,   Westmont, NJ 08108-2812
516594375    +Bayview Loan Servicing,LLC,    c/o KML Law Group,   216 Haddon Ave, Suite 406,
               Westmont, NJ 08108-2812
516594377    +HCFS Healthcare Financial Services,    Akron Billing Center,   3585 Ridge Park Dr,
               Akron, OH 44333-8203
516589889    +HCFS LLC,    3585 Ridge Park Dr,   Akron, OH 44333-8203
516589881    +Lourdes Cardiology Services, PC,    PO Box 824699,   Philadelphia, PA 19182-4699
516589888    +Lourdes Imaging Assoc PA,    PO Box 95000-2840,   Philadelphia, PA 19195-0001
516589898    +Lourdes Med Ctr of Burl. County,    PO Box 822112,   Philadelphia, PA 19182-2112
516589892    +Lourdes Medical Assoc.,    PO Box 824626,   Philadelphia, PA 19182-4626
516589893    +Lourdes Medical Assoc.,    PO Box 824699,   Philadelphia, PA 19182-4699
516594380    +Lourdes Medical Associates,    PO Box 824626,   Philadelphia, PA 19182-4626
516594386    +Lourdes Medical Center of Burlington County,    PO Box 822112,   Philadelphia, PA 19182-2112
516589894    +Quest Diagnostics,    PO Box 7306,   Holister MO 65673-7306
516594382    +Quest Diagnostics,    PO Box 7306,   Hollister MO 65673-7306
516589897    +Radiological Assoc of Burl. County,    PO Box 447,   Hainesport, NJ 08036-0447
516594385    +Radiology Associates of Burlington County,    PO Box 447,   Hainesport NJ 08036-0447
516589890    +Sunset Road Medical Assoc.,    911 Sunset Rd,   Burlington, NJ 08016-2250
516594383    +Virtua Health,    PO Box 8500-7542,   Philadelphia PA 19178-0001
516589895    +Virtua Health,    PO Box 5800-7542,   Philadelphia, PA 19178-0001
516594379    +Virtua Health Voorhees,    2 Brighten Rd,   Clifton, NJ 07012-1663
516589891    +Virtua Health Voorhees,    2 Brighton Rd,   Clifton, NJ 07012-1663
516589896    +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2017 23:11:04     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2017 23:10:59     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516594376*   +Lourdes Imaging Assoc., PA,   PO Box 95000-2840,   Philadelphia, PA 19195-0001
516594378*   +Sunset Road Medical Assoc,   911 Sunset Rd,   Burlington, NJ 08016-2250
516594384*   +Virtua Medical Group,   PO Box 6028,   Bellmawr NJ 08099-6028
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis J. Masciocchi    on behalf of Debtor Kevin  Creely fmascio3@aol.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```